1034

No. 04–1290.  EDWARDS v. DEPARTMENT OF EDUCATION. C. A. 10th Cir.  Certiorari denied.

No. 04–1294.  KERN ET AL. v. SIEMENS CORP. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 04–1296.  CORRIGAN v. WASHINGTON.  Super. Ct. Wash., Adams County.  Certiorari denied.

No. 04–1306.  MOLLINGER-WILSON ET VIR v. QUIZNO'S FRANCHISE CO.  C. A. 10th Cir.  Certiorari denied.

No. 04–1307.  MANOKEY v. WATERS, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 04–1319.  MELTON, INDIVIDUALLY AND AS NEXT FRIEND OF HIS SON, MELTON, ET AL. v. DALLAS AREA RAPID TRANSIT. C. A. 5th Cir.  Certiorari denied.

No. 04–1323.  CONNERS v. NEW YORK COMMISSIONER OF LABOR.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 04–1337.  PEARSON v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 04–1373.  COUTO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 04–1378.  O'KEEFE ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–1388.  VALENCIA v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 04–6794.  GUTIERREZ v. TEXAS.  Ct. App. Tex., 3d Dist. Certiorari denied.

No. 04–7514.  DAVIS ET AL. v. UNITED STATES CONGRESS. C. A. D. C. Cir.  Certiorari denied.

No. 04–7808.  DAVIS v. UNITED STATES; and
No. 04–8171.  HARDY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.